# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-03-939-R |
| | ) |
| R. GALINDO, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered March 31, 2005. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, Defendants' motion for summary judgment on the ground that Plaintiff has failed to exhaust administrative remedies on all claims asserted [Doc. No. 64] is GRANTED and this case is DISMISSED without prejudice to refiling.

**IT IS SO ORDERED** this 25th day of April, 2005.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE